**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-25147-GAYLES**

**RENE MATAMORO MORA,**

      **Petitioner**,

v.

**U.S. DEPARTMENT OF**
**HOMELAND SECURITY**, *et al.*,

      **Respondents.**

                                   /

**ORDER REQUIRING PAYMENT OF FILING FEE OR**
**MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

**THIS CAUSE** comes before the Court *sua sponte*. Petitioner Rene Matamoro Mora filed a *pro se* Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] (the "Petition"). Petitioner has neither paid the Clerk's filing fee of $5.00 nor submitted a motion to proceed *in forma pauperis* ("IFP"), as required by the Rules Governing Section 2254 Cases in the United States District Courts (the "Habeas Rules").[1] *See* 28 U.S.C. § 2254 Rule 3(a); 28 U.S.C. § 1914(a).

Accordingly, it is **ORDERED AND ADJUDGED**:

1. On or before **August 6, 2026**, Petitioner shall pay the Clerk's filing fee of $5.00 or, in the alternative, shall file a motion for leave to proceed IFP.

2. A motion for leave to proceed IFP must include a supporting financial affidavit and, if necessary, a six-month account statement. *See* S.D. Fla. L.R. 88.2(b); 28 U.S.C. § 1915(a)(2); 28 U.S.C. § 2254 Rule 3(a)(2).

---

[1] The Habeas Rules also apply to petitions filed under § 2241. *See* 28 U.S.C. § 2254 Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" § 2254).

3. The Clerk is **DIRECTED** to mail Petitioner an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form).

4. Petitioner is cautioned that failure to comply with this Order will result in dismissal of the Petition without prejudice for failure to prosecute and failure to comply with court orders. *See* Fed. R. Civ. P. 41(b).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of July, 2026.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:

**Rene Matamoro Mora**
A# 022726024
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194
*PRO SE*

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov